IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| LEVERNE SMITH, | : | |
| | : | |
|   Claimant, | : | |
| | : | No. 3:12-CV-73 (CAR) |
| v. | : | |
| | : | SOCIAL SECURITY APPEAL |
| CAROLYN COLVIN, | : | |
| Commissioner of Social Security, | : | |
| | : | |
|   Respondent. | : | |
| | : | |

### ORDER ON THE RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the United States Magistrate Judge's Report and Recommendation that this case be remanded to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g) as specifically set forth in the Recommendation. Respondent does not object to the Recommendation. Having reviewed the Report and Recommendation, this Court agrees with the findings and conclusions of the Magistrate Judge. Thus, the Recommendation [Doc. 17] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. As a result, this case is hereby **REMANDED** for further proceedings pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g), in accordance with the Magistrate Judge's Recommendation.

It is **SO ORDERED** this 27th day of September, 2013.

                                    S/   C. Ashley Royal
                                    C. ASHLEY ROYAL, JUDGE
                                    UNITED STATES DISTRICT COURT

SSH