## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

LEVERNE SMITH,                :

                :

        Plaintiff,        :

                :

v.                  :      CASE NO. 3:12-cv-73-CAR-MSH

                :         Social Security Appeal

CAROLYN W. COLVIN,      :

Commissioner of Social Security,  :

                :

        Defendant.     :

_____:

## REPORT AND RECOMMENDATION

Presently pending before the Court is Plaintiff's Application for Attorney's Fees Pursuant to the Equal Access to Justice Act.  (ECF No. 20.)  Counsel filed his motion for fees on December 12, 2013, requesting $5,631.36 for 30.35 total attorney work hours at rates calculated for the time the work was done.  (Pl.'s Br. in Supp. of Mot. for Attorney's Fees 3; ECF No. 20-1.)  The Commissioner filed a Response wherein he does not object to the request for or amount of fees.  (Comm'r's Resp. 1, ECF No. 21.)

Given that there is no objection to the amount of fees, number of hours requested, or hourly rate, and that the Court finds the request reasonable, the Court recommends granting Plaintiff's request for fees in the amount of $5,631.36.  These amounts shall be paid directly to the Plaintiff.  *See* 28 U.S.C. § 2412(d)(1)(A); *Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521, 2525-26 (2010); *Reeves v. Astrue*, 526 F.3d 732, 735 (11th Cir. 2008) (explaining that the EAJA "unambiguously directs the award of attorney's fees to the party who incurred those fees and not to the party's attorney").

WHEREFORE, it is recommended that Plaintiff's motion for attorney's fees and costs pursuant to 28 U.S.C. § 2412 be granted.  It is further recommended that payment be forwarded to Plaintiff in the amount of $5,631.36.

SO ORDERED, this 19th day of December, 2013.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE

2